# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  21-2807

_____

United States of America

Plaintiff - Appellee

v.

James P. Moore

Defendant - Appellant

_____

Appeal from U.S. District Court for the Eastern District of Missouri - Cape Girardeau
(1:20-cr-00190-SRC-1)

_____

**JUDGMENT**

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

November 24, 2021

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Michael E. Gans